PHILIP STRAUSS, Plaintiff, v. CARMEL & LIVINGSTON CORP., Defendant and Third-Party Plaintiff-Appellant. ALBERT NEWBERG, Third-Party Defendant-Respondent.—

No opinion. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.